UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NANCY LECOQ AND
CHRISTOPHER LECOQ, JR.

VERSUS

GREAT WEST CASUALTY
COMPANY, ET AL

CIVIL ACTION

NO. 11-626-BAJ-SCR

**RULING AND
ORDER OF REMAND**

The Court, having carefully considered the motion to remand, the complaint, the record, the law applicable to this action, the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 15, 2011 (doc. 12), and defendants objection thereto (doc. 13), hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, plaintiffs' motion to remand (doc. 6) is hereby **GRANTED**, and this matter is hereby **REMANDED** to the **Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana.**

Baton Rouge, Louisiana, December 23, 2011.


_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA